UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60112-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**MIGUEL FIGUEROA-GOPAL,**

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 24]

THIS CAUSE came before the Court on Magistrate Judge Alicia O Valle's Report and Recommendation on Change of Plea, entered on June 12, 2025 [ECF No. 24]. To date, no party has filed an objection.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record. The Court also notes that at the Sentencing hearing held on June 17, 2025, the parties stated on the record that they had no objections to the Report. Being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Report **[ECF No. 24]** is **AFFIRMED AND ADOPTED**. Defendant, Miguel Figueroa-Gopal's, change of plea is accepted, and Defendant is adjudicated guilty as to the Indictment.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
    Magistrate Judge Alicia O. Valle